UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| MILUSKA MENDOZA, |
| Plaintiff, |
| -against- |
| CORNELL UNIVERSITY a/k/a WEILL CORNELL MEDICAL COLLEGE, |
| Defendant. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2020

1:20-cv-02110-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

Defendant submitted a request for a pre-motion conference on its anticipated motion to dismiss Plaintiff's complaint [ECF #8]. Plaintiff opposes the request, but has indicated an intent to file an Amended Complaint in response to the arguments raised in the original letter [ECF #9]. After reviewing the arguments set out in the parties' submissions, the motion for a pre-motion conference is DENIED.

IT IS FURTHER ORDERED that on or before April 17, 2020, Plaintiff should file her Amended Complaint. This will be Plaintiff's last opportunity to amend the complaint in response to arguments raised in the parties' letters.

IT IS FURTHER ORDERED that Defendant must respond to the amended complaint on or before May 1, 2020. In the event Defendant intends to respond with a motion to dismiss the Amended Complaint, no pre-motion letter is necessary. The motion will be briefed in accordance with the schedule set forth in Local Rule 6.1(b).

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 72 hours before the deadline.

SO ORDERED

Dated: New York, New York
        April 6, 2020

MARY KAY VYSKOCIL
United States District Judge