UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Miluska Mendoza,

                                                  Plaintiff,

          - against -                                               No. 1:20-cv-02110-MKV

Cornell University a/k/a                                            **NOTICE OF MOTION**
Weill Cornell Medical College,                                     **TO DISMISS**

                                                  Defendant.

          **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, and upon all the pleadings and proceedings heretofore had herein, defendant Cornell University (s/h/a "Cornell University a/k/a Weill Cornell Medical College"), will move this Court, before the Honorable Mary Kay Vyskocil, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on such date and time as the Court will determine, for an Order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff Miluska Mendoza's claims against Cornell University in their entirety on the grounds that Plaintiff fails to state a claim upon which relief can be granted, and, alternatively, that the Court should decline to exercise supplemental jurisdiction over Plaintiff's state law claims upon the dismissal of her federal claim.

Dated:          New York, New York
                May 1, 2020

                                        Respectfully submitted,


                                        /s/ Mark Siegmund_____
                                        Mark Siegmund
                                        Associate University Counsel
                                        Sheryl Orwel
                                        Senior Associate University Counsel
                                        OFFICE OF UNIVERSITY COUNSEL

2

Weill Cornell Medicine
445 East 69th Street, Suite 405
New York, New York 10021
(212) 746-0463
mas4038@med.cornell.edu
sho2003@med.cornell.edu

Attorneys for Defendant Cornell University

To:    District Court Judge Vyskocil and Magistrate Judge Wang (via ECF)

David Abrams (via ECF)
*Plaintiff's Counsel*