**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MILUSKA MENDOZA,

                Plaintiff,

    -against-                                   20 **CIVIL** 2110 (MKV)

                                                    **JUDGMENT**

CORNELL UNIVERSITY a/k/a WEILL
CORNELL MEDICAL COLLEGE,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 10, 2021, Defendant's Motion to Dismiss Plaintiff's Amended Complaint is GRANTED. Plaintiff's Fair Labor Standards Act claim is dismissed with prejudice. Plaintiff's New York Labor Law claim is dismissed without prejudice for want of subject matter jurisdiction.; accordingly, this case is closed.

**Dated:**  New York, New York

       March 10, 2021

                                                                    **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                                       **BY:**
                                                                       **Deputy Clerk**